1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JAMES ONEAL BELVINS, JR.,                    No.  2:24-cv-02077-DJC-EFB (PC)

12              Plaintiff,

13        v.                                       FINDINGS AND RECOMMENDATIONS

14   PLACER COUNTY DISTRICT
     ATTORNEY OFFICE, et al.,
15
                Defendants.
16

17
            Plaintiff, a county jail inmate, proceeds without counsel in an action brought under 42
18
     U.S.C. § 1983.  This proceeding was referred to this court by Local Rule 302 pursuant to 28
19
     U.S.C. § 636(b)(1).
20
            On February 20, 2025, the court screened plaintiff's complaint pursuant to 28 U.S.C. §
21
     1915A.  ECF No. 6.  The court dismissed the complaint for failure to state a claim and granted
22
     plaintiff thirty days in which to file an amended complaint to cure the deficiencies.  *Id.*  The
23
     screening order warned plaintiff that failure to comply could result in a recommendation that this
24
     action be dismissed.
25
            Although it appears from the file that plaintiff's copy of the order was returned, plaintiff
26
     was properly served.  It is the plaintiff's responsibility to keep the court apprised of a current
27
     address at all times.  Pursuant to Local Rule 182(f), service of documents at the record address of
28

                                                    1

1    the party is fully effective.

2        Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without

3    prejudice for failure to state a claim.

4        These findings and recommendations are submitted to the United States District Judge

5    assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

6    after being served with these findings and recommendations, plaintiff may file written objections

7    with the court.  The document should be captioned "Objections to Magistrate Judge's Findings

8    and Recommendations."  Plaintiff is advised that failure to file objections within the specified

9    time may waive the right to appeal the District Court's order.  *Martinez v. Ylst*, 951 F.2d 1153

10   (9th Cir. 1991).

11

12   Dated: May 19, 2025

                                    EDMUND F. BRENNAN
13                                   UNITED STATES MAGISTRATE JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                    2