1
2
3
4
5
6
7
8                           UNITED STATES DISTRICT COURT
9                     FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11   JAMES ONEAL BELVINS. JR.,              No.  2:24-cv-02077-DJC-EFB (PC)
12              Plaintiff,
13      v.                                  ORDER
14   PLACER COUNTY DISTRICT
     ATTORNEY OFFICE, et al.,
15
16              Defendants.
17
18        Plaintiff, a county jail inmate proceeding pro se, has filed this civil rights action

19   seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States

20   Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

21        On May 19, 2025, the Magistrate Judge filed findings and recommendations

22   herein which were served on all parties and which contained notice to all parties that

23   any objections to the findings and recommendations were to be filed within fourteen

24   days.  Plaintiff has not filed objections to the findings and recommendations.[1]

25   ////

26   _____
     [1] Plaintiff has not kept the court informed of a current address.  A party appearing without counsel must
27   keep the court and all parties apprised of his current address.  E.D. Local Rule 183(b).  If mail directed
     to such a plaintiff is returned by the postal service, and plaintiff fails to notify the court and opposing
28   parties within 30 days thereafter of his current address, the court may dismiss the action without
     prejudice for failure to prosecute.  *Id.*

                                            1

1    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule

2   304, this Court has conducted a *de novo* review of this case.  Having carefully

3   reviewed the entire  file, the Court finds the findings and recommendations to be

4   supported by the record and by proper analysis.

5    Accordingly, IT IS HEREBY ORDERED that:

6    1.  The findings and recommendations filed May 19, 2025 are adopted in full;

7    2.  The complaint is dismissed without prejudice as frivolous; and

8    3.  The Clerk of Court is directed to close the case.

9

10    IT IS SO ORDERED.

11   Dated:   **August 15, 2025**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2